IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VALADEZ, | No. 2:19-CV-0614-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On June 7, 2019, the court directed plaintiff to show cause in writing why this action should not be dismissed for failure to provide notice that service documents had been submitted to the United States Marshal. Plaintiff filed the required notice on July 8, 2019, and defendant has been served. Good cause appearing therefor, the order to show cause is hereby discharged.

IT IS SO ORDERED.

Dated: August 2, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1