**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD VALADEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  2:19-CV-0614-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On March 31, 2020, the Court directed plaintiff to show cause in writing within 30 days why this action should not be dismissed for failure to inform the Court regarding consent to proceed before a United States Magistrate Judge.  See ECF No. 19.  A review of the docket reflects that plaintiff filed his consent election form on April 16, 2020.  Good cause appearing therefor, the order to show cause is hereby discharged.

IT IS SO ORDERED.

Dated:  June 17, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1